**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Charles H. Prem <br> Debtor(s) | CHAPTER 13 <br><br> BKY. NO. 23-10682 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Andrews Federal Credit Union and index same on the master mailing list.

    Respectfully submitted,
**/s/ Michael P. Farrington Esq.**
Michael P. Farrington, Esq.
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322