Certificate Number: 03088-PAE-DE-037382187

Bankruptcy Case Number: 23-10682



03088-PAE-DE-037382187

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>April 27, 2023</u>, at <u>11:26</u> o'clock <u>AM CDT</u>, <u>Charles Henry Prem</u> completed a course on personal financial management given <u>by internet</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>April 27, 2023</u>

By:   <u>/s/Doug Tonne</u>

Name:   <u>Doug Tonne</u>

Title:   <u>Counselor</u>