## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Charles H. Prem**<br>　　　　　　　　**Debtor** | **CHAPTER 13** |
| **Andrews Federal Credit Union**<br>　　　　　　　　**Movant** | |
| 　　　　**vs.** | **NO.** 23-10682 AMC |
| **Charles H. Prem**<br>　　　　　　　　**Respondents** | |
| **Scott F. Waterman**<br>　　　　　　　　**Trustee** | |

### **ORDER**

Upon consideration of the Objection to Confirmation of the Chapter 13 Plan filed by Andrews Federal Credit Union, it is **Ordered** and **Decreed** that confirmation is **denied**.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Bankruptcy Judge