# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Charles H. Prem**<br>　　　　　　　　**Debtor**<br><br>**Andrews Federal Credit Union**<br>　　　　　　　　**Movant**<br>　　　**vs.**<br><br>**Charles H. Prem**<br>**Scott F. Waterman, Trustee**<br>　　　　　　　　**Respondents** | CHAPTER 13<br>BK. NO. 23-10682 AMC |

## CERTIFICATION OF SERVICE

　　　I, the undersigned, hereby certify that the foregoing Objection to Confirmation was served by first class mail, postage pre-paid, upon the parties listed below on **May 25, 2023**.

Scott F. Waterman, Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Brad J Sadek, Esquire
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102

Charles H. Prem
1471 East Wilt Street
Philadelphia, PA 19125

Date: May 25, 2023

　　　　　　　　　　　　　　　　　　By: /s/Denise Carlon, Esquire
　　　　　　　　　　　　　　　　　　　　Denise Carlon, Esquire
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　215-627-1322
　　　　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant