## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Charles H. Prem | |
|         Debtor(s) | CHAPTER 13 |
| Andrews Federal Credit Union, its successors and/or assigns | |
|         Movant | |
|       vs. | NO. 23-10682 AMC |
| Charles H. Prem | |
|         Debtor(s) | |
| Scott F. Waterman | |
|         Trustee | |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Andrews Federal Credit Union, which was filed with the Court on or about **May 25, 2023 as Docket Number 17**.


Dated: June 7, 2023

Respectfully submitted,


/s/ Mark A. Cronin
Mark A. Cronin, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322
mcronin@kmllawgroup.com