## IN THE UNITED STATES BANKRUPTCY COURT FOR
### EASTERN      DISTRICT OF PENNSYLVANIA
### PHILADELPHIA      DIVISION

In re

CHARLES H PREM

In Chapter 13 Proceeding
Case No. 23-10682

Debtors.

## REQUEST TO DISCONTINUE SERVICE OF NOTICES

**PLEASE TAKE NOTICE** that Synchrony Bank      c/o PRA Receivables Management, LLC hereby withdraws its Request for Special Notice filed on 3/10/2023      Docket Number 8  .

Dated: This 9    th day of July      , 2023

By:    /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257

## Certificate of Service

I hereby certify that a copy of the foregoing was served electronically to the following parties:


BRAD J SADEK
Attorney

SCOTT WATERMAN
Chapter 13 Trustee


Dated: This 9 th day of July , 2023


By:    /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257