United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Charles H Prem  
    Debtor

Case No. 23-10682-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3  
Date Rcvd: Jul 19, 2023     Form ID: 155     Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charles H Prem, 1471 E. Wilt Street, Philadelphia, PA 19125-2710 |
| 14765923 | + | Andrews Federal Credit Union, C/O Michael P. Farrington, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14771891 | + | Andrews Federal Credit Union, c/o Lorraine Gazzara Doyle, Esq, 3600 Horizon Drive, Ste 150, King of Prussia, PA 19406-4702 |
| 14768228 | + | Green Lake Trust, C/O Michael Farrington, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14778541 | + | Greensky,LLC/Home Depot Loan, 3155 Royal Drive Suite 175, Alpharetta, GA 30022-2479 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14773279 | | Email/PDF: bncnotices@becket-lee.com | Jul 20 2023 00:52:18 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14763544 | + | Email/PDF: bncnotices@becket-lee.com | Jul 20 2023 00:42:00 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14763545 | + | Email/Text: bankrupt@andrewsfcu.org | Jul 20 2023 00:31:00 | Andrews FCU, Attn: Bankruptcy, 5711 Allentown Rd, Suitland, MD 20746-4547 |
| 14771589 | + | Email/Text: bankrupt@andrewsfcu.org | Jul 20 2023 00:31:00 | Andrews Federal Credit Union, 5711 Allentown Road, Suitland , MD 20746-4547 |
| 14763546 | + | Email/Text: claimbnk@studentloan.org | Jul 20 2023 00:31:00 | Aspire Servicing Center, Attn: Bankruptcy, Po Box 659705, West Des Moines, IA 50265-0970 |
| 14763547 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 20 2023 00:31:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14786900 | | Email/Text: megan.harper@phila.gov | Jul 20 2023 00:32:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14763548 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 20 2023 00:31:09 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14768071 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 20 2023 00:31:13 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14763552 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jul 20 2023 00:31:00 | Dovenmuehle Mortgage, Inc., Attn: Bankruptcy, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 14781383 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jul 20 2023 00:31:00 | Andrews Federal Credit Union, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 14763551 | + | Email/Text: mrdiscen@discover.com | Jul 20 2023 00:31:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14763553 | ^ | MEBN | Jul 20 2023 00:23:59 | Figure Lending/Figure, Attn: Bankruptcy, P.O. Box 40534, Reno, NV 89504-4534 |
| 14763554 | | Email/Text: bankruptcy@greenskycredit.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 19, 2023 | Form ID: 155 | Total Noticed: 39 |

| | | | | |
|---|---|---|---|---|
| | | | Jul 20 2023 00:31:00 | Greensky, Llc., Attn: Bankruptcy, 5565 Glenridge Connector Ste 800, Atlanta, GA 30342 |
| 14782709 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | | Jul 20 2023 00:31:00 | Green Lake Trust, c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 14763549 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Jul 20 2023 00:31:10 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14763550 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Jul 20 2023 00:31:09 | Chase Mortgage, Chase Records Center/Attn: Correspondenc, Mail Code LA4 5555 700 Kansas Ln, Monroe, LA 71203 |
| 14769877 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | | |
| | | | Jul 20 2023 00:31:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14772647 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Jul 20 2023 00:31:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14763555 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Jul 20 2023 00:31:00 | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14782446 | | Email/Text: mtgbk@shellpointmtg.com | | |
| | | | Jul 20 2023 00:31:00 | NewRez LLC dba Shellpoint Mortgage Servicing, PO Box 10826, Greenville SC 29603-0826 |
| 14763559 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Jul 20 2023 00:30:36 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14774301 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Jul 20 2023 00:31:10 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14763556 | + | Email/PDF: ebnotices@pnmac.com | | |
| | | | Jul 20 2023 00:41:45 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14782579 | ^ | MEBN | | |
| | | | Jul 20 2023 00:23:50 | Philadelphia Gas Works, 800 W Montgomery Ave 3F, Philadelphia, PA 19122-2898 |
| 14763557 | + | Email/Text: bankruptcy1@pffcu.org | | |
| | | | Jul 20 2023 00:31:00 | Police & Fire FCU, Attn: Bankruptcy, 901 Arch St, Philadelphia, PA 19107-2495 |
| 14763558 | + | Email/Text: bankruptcy1@pffcu.org | | |
| | | | Jul 20 2023 00:31:00 | Police &fire, 901 Arch Street, Philadelphia, PA 19107-2404 |
| 14768319 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Jul 20 2023 00:31:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14763560 | + | Email/Text: mtgbk@shellpointmtg.com | | |
| | | | Jul 20 2023 00:31:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, Po Box 10826, Greenville, SC 29603-0826 |
| 14763561 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | | Jul 20 2023 00:31:00 | Specialized Loan Servicing LLC, Attn: Bankruptcy, P.O. Box 630147, Littleton, CO 80163-0147 |
| 14763760 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jul 20 2023 00:30:35 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14763562 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jul 20 2023 00:41:22 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14763563 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jul 20 2023 00:30:36 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14763564 | | Email/Text: bankruptcies@uplift.com | | |
| | | | Jul 20 2023 00:31:00 | Uplift, Inc., Attn: Bankruptcy, 440 N Wolfe Rd, Sunnyvale, CA 94085 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14783015 | *+ | Andrews Federal Credit Union, 5711 Allentown Road, Suitland, MD 20746-4547 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 21, 2023        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Charles H Prem brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor Andrews Federal Credit Union logsecf@logs.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Andrews Federal Credit Union bkgroup@kmllawgroup.com |
| MARK A. CRONIN | on behalf of Creditor Andrews Federal Credit Union bkgroup@kmllawgroup.com |
| MARK A. CRONIN | on behalf of Creditor Green Lake Trust bkgroup@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Green Lake Trust mfarrington@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Andrews Federal Credit Union mfarrington@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Charles H Prem
    Debtor(s)

Chapter: 13

Bankruptcy No: 23−10682−amc

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this July 19, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                           Ashely M. Chan
                                                           Judge, United States Bankruptcy Court

                                                                                           29
                                                                                       Form 155