| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 23-10682-AMC**

| | |
|---|---|
| Charles H Prem | Petition Filed Date: 03/09/2023 |
| 1471 E. Wilt Street | 341 Hearing Date: 04/28/2023 |
| Philadelphia  PA    19125 | Confirmation Date: 07/19/2023 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/17/2023 | $995.00 | | 05/16/2023 | $995.00 | | 06/16/2023 | $995.00 | |
| 07/17/2023 | $995.00 | | | | | | | |

**Total Receipts for the Period:  $3,980.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $3,980.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | BRAD J SADEK ESQ | Attorney Fees | $3,115.00 | $0.00 | $3,115.00 |
| 1 | CAPITAL ONE BANK (USA) NA »» 001 | Unsecured Creditors | $5,737.15 | $0.00 | $5,737.15 |
| 2 | CAPITAL ONE BANK (USA) NA »» 002 | Unsecured Creditors | $5,492.69 | $0.00 | $5,492.69 |
| 3 | QUANTUM3 GROUP LLC »» 003 | Unsecured Creditors | $493.33 | $0.00 | $493.33 |
| 4 | CHASE BANK USA NA »» 004 | Unsecured Creditors | $6,308.73 | $0.00 | $6,308.73 |
| 5 | MIDLAND CREDIT MANAGEMENT INC »» 005 | Unsecured Creditors | $4,765.08 | $0.00 | $4,765.08 |
| 6 | AMERICAN EXPRESS NATIONAL BANK »» 006 | Unsecured Creditors | $21,385.46 | $0.00 | $21,385.46 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES »» 007 | Unsecured Creditors | $1,695.66 | $0.00 | $1,695.66 |
| 8 | GREENSKY LLC »» 008 | Unsecured Creditors | $17,318.70 | $0.00 | $17,318.70 |
| 9 | ANDREWS FEDERAL CREDIT UNION »» 009 | Mortgage Arrears | $50,387.95 | $0.00 | $50,387.95 |
| 10 | NEWREZ LLC  D/B/A »» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | PHILADELPHIA GAS WORKS »» 011 | Unsecured Creditors | $1,040.23 | $0.00 | $1,040.23 |
| 12 | SPECIALIZED LOAN SERVICING LLC »» 012 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | ANDREWS FEDERAL CREDIT UNION »» 013 | Mortgage Arrears | $554.96 | $0.00 | $554.96 |
| 14 | CITY OF PHILADELPHIA (LD) »» 014 | Secured Creditors | $3,213.23 | $0.00 | $3,213.23 |

Chapter 13 Case No. 23-10682-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,980.00 | Current Monthly Payment: | $1,063.00 |
| Paid to Claims: | $0.00 | Arrearages: | $1,199.00 |
| Paid to Trustee: | $358.20 | Total Plan Base: | $63,644.00 |
| Funds on Hand: | $3,621.80 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.