United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 23-10682-amc

Charles H Prem                                                                   Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 17, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
            regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2024:**

**Recip ID**                        **Recipient Name and Address**
db                          +  Charles H Prem, 1471 E. Wilt Street, Philadelphia, PA 19125-2710

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2024                          Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2024 at the address(es) listed below:**

**Name**                        **Email Address**

BRAD J. SADEK
                        on behalf of Debtor Charles H Prem brad@sadeklaw.com
                        bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

CHRISTOPHER A. DENARDO
                        on behalf of Creditor Andrews Federal Credit Union logsecf@logs.com

DENISE ELIZABETH CARLON
                        on behalf of Creditor Andrews Federal Credit Union bkgroup@kmllawgroup.com

MARK A. CRONIN
                        on behalf of Creditor Green Lake Trust bkgroup@kmllawgroup.com

MARK A. CRONIN
                        on behalf of Creditor Andrews Federal Credit Union bkgroup@kmllawgroup.com

MICHAEL PATRICK FARRINGTON

District/off: 0313-2                           User: admin                                    Page 2 of 2

Date Rcvd: Jan 17, 2024                        Form ID: pdf900                                Total Noticed: 1

               on behalf of Creditor Green Lake Trust mfarrington@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
               on behalf of Creditor Andrews Federal Credit Union mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
               ECFMail@ReadingCh13.com

United States Trustee

               USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | |
|---|---|---|
| Charles H Prem | : | Chapter 13 |
| | : | Case No.: 23-10682-AMC |
| Debtor. | : | |

## O R D E R

    **AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

    It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $1,500.00.

**Dated:** Jan. 17, 2024

_____
HONORABLE ASHELY M CHAN
UNITED STATES BANKRUPTCY JUDGE